IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JO SCHIDECKER,

                Plaintiff,                Case No. 3:08-cv-178

vs.                                              Judge Thomas M. Rose

MICHAEL J. ASTRUE,            Magistrate Judge Sharon L. Ovington
Commissioner of Social Security,

                Defendant.

_____

**ENTRY AND ORDER OVERRULING SCHIDECKER'S OBJECTIONS (Doc. #14) TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS; ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (Doc. #12) IN ITS ENTIRETY; AFFIRMING THE COMMISSIONER'S DECISION THAT SCHIDECKER IS NOT DISABLED AND TERMINATING THIS CASE**
_____

Plaintiff Jo Schidecker ("Schidecker") filed an action in this Court seeking judicial review of a decision by the Commissioner regarding her disability pursuant to 42 U.S.C. § 405(g). On July 6, 2007, Magistrate Judge Sharon L. Ovington issued a Report and Recommendations that the Commissioner's decision that Schidecker is not disabled be affirmed. (Doc. #12.) On July 30, 2009, Schidecker filed Objections to this Report and Recommendations. (Doc. #14.) The time has run and the Commissioner has not filed a Response to Schidecker's Objections. Schidecker's Objections are, therefore, ripe for decision.

Based upon the reasoning and citations of authority set forth in the Magistrate Judge's Report and Recommendations (doc. #12) and in the Schidecker's Objections (doc. #14), as well as upon a thorough de novo review of this Court's file, including the Administrative Transcript,

1

and a thorough review of the applicable law, this Court adopts the aforesaid Report and Recommendations in its entirety and, in so doing, affirms the Commissioner decision that Schidecker is not disabled. Finally, Schidecker's Objections to the Magistrate Judge's Report and Recommendations are overruled.

This Court's function is to determine whether the record as a whole contains substantial evidence to support the Administrative Law Judge's ("ALJ's") decision. *Bowen v. Commissioner of Social Security*, 478 F.3d 742, 745-46 (6th Cir. 2007). This Court must also determine whether the ALJ applied the correct legal criteria. *Id.*

Regarding the substantial evidence requirement, the Commissioner's findings must be affirmed if they are supported by "such relevant evidence as a reasonable mind might accept as adequate to support a conclusion." *Richardson v. Perales*, 402 U.S. 389, 401 (1971)(citing *Consolidated Edison Company v. NLRB*, 305 U.S. 197, 229 (1938)); *Landsaw v. Secretary of Health and Human Services*, 803 F.2d 211, 213 (6th Cir. 1986). Substantial evidence means such relevant evidence as a reasonable mind might accept as adequate to support a conclusion. *Richardson*, *supra*, at 401; *Ellis v. Schweicker*, 739 F.2d 245, 248 (6th Cir. 1984). Substantial evidence is more than a mere scintilla, but only so much as would be required to prevent a directed verdict (now judgment as a matter of law) against the Commissioner if this case were being tried to a jury. *Foster v. Bowen*, 853 F.2d 483, 486 (6th Cir. 1988); *NLRB v. Columbian Enameling and Stamping Company*, 306 U.S. 292, 300 (1939).

The second judicial inquiry - reviewing the ALJ's legal criteria - may result in reversal even if the record contains substantial evidence supporting the ALJ's factual findings. *See Bowen*, 478 F.3d at 746. A reversal based on the ALJ's legal criteria may occur, for example,

when the ALJ has failed to follow the Commissioner's "own regulations and where that error prejudices a claimant on the merits or deprives the claimant of a substantial right." *Bowen*, 478 F.3d at 746(citing in part *Wilson v. Commissioner of Social Security*, 378 F.3d 541, 546-47 (6th Cir. 2004)).

In this case, the record as a whole contains substantial evidence to support the ALJ's decision. Further, while the ALJ did not apply the correct legal criteria, these errors are harmless. WHEREFORE, based upon the aforesaid, Schidecker's Objections to the Magistrate Judge's Report and Recommendations (doc. #14) are OVERRULED and this Court ADOPTS the Report and Recommendations of the United States Magistrate Judge (Doc. #12) in its entirety. The Commissioner's decision that Schidecker was not disabled and therefore not entitled to Social Security benefits is AFFIRMED.

The captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

**DONE** and **ORDERED** in Dayton, Ohio, this Seventeenth day of September, 2009.

.                                                                **s/Thomas M. Rose**
                                                                 _____
                                                                 JUDGE THOMAS M. ROSE
                                                                 UNITED STATES DISTRICT COURT

Copies furnished to:

Counsel of Record